United States District Court
Southern District of Texas
**ENTERED**
April 02, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| HERMALINDA FUENTES MALDONADO, | § § § | |
| Petitioner, | § § | CIVIL ACTION NO. H-26-1811 |
| vs. | § § § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § § § | |
| Respondents. | § | |

**ORDER FOR IMMEDIATE RELEASE**

The petitioner, Hermalinda Fuentes Maldonado, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Montgomery Processing Center. Through counsel, she has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging her continued detention. (Docket Entry No. 1). On March 10, 2026, the court entered an Order requiring the respondents to file an answer or other appropriate responsive pleading within five (5) days after the date of service, making the response deadline March 16, 2026. (*See* Docket Entry No. 4). The respondents have not answered the § 2241 petition.

On March 23, 2026, the court entered an order to show cause, ordering "the respondents to show cause **by March 25, 2026**, as to why the petitioner should not be released based on their failure to provide a response to justify the petitioner's continued detention." (Docket Entry No. 5) (emphasis in original). The March 25, 2026, deadline has come and gone and the respondents have not filed a response to the Order to Show Cause, nor have they responded to the § 2241 habeas petition. Because the respondents have not responded to the § 2241 petition or to the Order

to Show Cause, the court will order the respondents to immediately release Hermalinda Fuentes Maldonado.

The court **orders** as follows:

1. The petition for a writ of habeas corpus filed by Hermalinda Fuentes Maldonado (Docket Entry No. 1) is **granted in part**.

2. Any other pending motions are **denied as moot**.

3. The respondents are **ordered** to release Petitioner Hermalinda Fuentes Maldonado from custody, under conditions of release no more restrictive than those in place prior to the detention at issue in this case, **within 24 hours of entry of this Order**. The petitioner must be released in a public place within the Southern District of Texas, and the respondents must notify the petitioner's counsel of the exact location and exact time of the petitioner's release **as soon as practicable and no less than three hours before her release**.

4. The respondents are **ordered** to return to the petitioner, at the time of her release from custody, any and all identification documents taken from her at the time of or during her detention.

5. The parties are further **ordered** to file a status report **within three (3) days of the date of this Order**, confirming that the petitioner has been released.

SIGNED on April 2, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

2